12967. HEWLETT v. THE STATE.

LUKE, J. The defendant was convicted of the offense of larceny after trust. The jury credited the evidence of the State, which substantiated the allegations of the indictment. The verdict has the approval of the trial judge. The several special grounds of the motion for a new trial are without such merit as to require a new trial. It was not error to overrule the motion for a new trial.

<i>Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.</i><br>DECIDED MARCH 7, 1922.

Indictment for larceny after trust; from Chatham superior court — Judge Meldrim. September 10, 1921.

*Samuel A. Cann, Leo A. Morrisey,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.